UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
09-CR-234(JMR/SRN)

United States of America          )
                                  )
          v.                      )          ORDER
                                  )
Sylvestre Martinez Guzman (01)    )
and Amaury Medina-Medina (02)     )

Each defendant objects to the Report and Recommendation, issued November 25, 2009 [Docket No. 91], by the Honorable Susan R. Nelson, United States Magistrate Judge.  The Report recommended denying defendants' motions for severance and suppression of evidence.  Defendants' objections to the Report were timely filed, pursuant to Local Rule 72.2.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1.  Defendant Martinez Guzman's Motion to Suppress Evidence is denied [Docket No. 47].

2.  Defendant Martinez Guzman's Motion to Sever Counts and Defendants is denied [Docket No. 49].

3.  Defendant Martinez Guzman's Motion to Suppress Statements, Admissions and Answers is denied [Docket No. 50].

4.  Defendant Medina-Medina's Motion to Suppress Evidence Obtained as a Result of Search and Seizure is denied [Docket No. 53].

5.  Defendant Medina-Medina's Motion for Severance of Counts

and Defendants is denied [Docket No. 54].

6. Defendant Medina-Medina's Motion for Severance of Defendants is denied [Docket No. 68].

Dated:  January 14, 2010


                              s/ JAMES M. ROSENBAUM
                              JAMES M. ROSENBAUM
                              United States District Judge